# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                                            Chapter 13

                                            Bankruptcy No. 15-13417-MDC

NOUREDDINE CHAKAR

7903 ARLINGTON AVENUE

UPPER DARBY, PA 19082-

      Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    NOUREDDINE CHAKAR

    7903 ARLINGTON AVENUE

    UPPER DARBY, PA 19082-

Counsel for debtor(s), by electronic notice only.

    DAVID B. SPITOFSKY ESQUIRE
    LAW OFFICES OF DAVID SPITOFSKY
    516 SWEDE ST
    NORRISTOWN, PA 19401-

                                            /S/ William C. Miller

Date: 4/26/2019
                                            _____
                                            William C. Miller, Esquire
                                            Chapter 13 Standing Trustee