United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 15-13417-mdc
Noureddine Chakar                                                         Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2         User: John              Page 1 of 1              Date Rcvd: Sep 04, 2019
                             Form ID: pdf900         Total Noticed: 7

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 06, 2019.
```
db              +Noureddine Chakar,    7903 Arlington Avenue,    Upper Darby, PA 19082-2803
13970633        +PNC Bank, National Association,    c/o JOHN ERIC KISHBAUGH,    Udren Law Offices PC,
                  111 Woodcrest Road,    Cherry Hill, NJ 08003-3620
13610405        +PNC Bank, National Association,    c/o Kevin G. McDonald, Esquire,    KML Law Group, P.C.,
                  701 Market Street, Suite 5000,    Phila., PA 19106-1541
13528513        +PNC Mortgage,   3232 Newmark Drive,    Miamisburg, OH 45342-5433
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: megan.harper@phila.gov Sep 05 2019 03:04:53      City of Philadelphia,
                  City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                  Philadelphia, PA  19102-1595
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 05 2019 03:04:29
                  Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                  Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 05 2019 03:04:46     U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
                                                                                              TOTAL: 3
```

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 06, 2019                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 4, 2019 at the address(es) listed below:
```
              DAVID B. SPITOFSKY    on behalf of Debtor Noureddine  Chakar spitofskybk@verizon.net,
               spitofskylaw@verizon.net
              JOHN ERIC KISHBAUGH    on behalf of Creditor    PNC Bank, National Association jkishbaugh@udren.com,
               vbarber@udren.com
              KEVIN G. MCDONALD    on behalf of Creditor    PNC BANK NATIONAL  ASSOCIATION bkgroup@kmllawgroup.com
              SHERRI J. SMITH    on behalf of Creditor    PNC Bank, National Association
               sherri.braunstein@phelanhallinan.com, pa.bkecf@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                              TOTAL: 7
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Noureddine Chakar <u>Debtor</u> | CHAPTER 13 |
| PNC BANK NATIONAL ASSOCIATION <u>Movant</u> vs. | NO. 15-13417 MDC |
| Noureddine Chakar <u>Debtor</u> | |
| William C. Miller Esq. <u>Trustee</u> | 11 U.S.C. Section 362 |

## STIPULATION

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1. The post-petition arrearage on the mortgage held by the Movant on the Debtor's residence is **$2,851.67**, which breaks down as follows;

| | |
|---|---|
| Post-Petition Payments: | June 2019 to August 2019 at $964.54/month |
| Suspense Balance: | $41.95 |
| **Total Post-Petition Arrears** | **$2,851.67** |

2. The Debtor(s) shall cure said arrearages in the following manner;

a). On or before August 31, 2019, the Debtor shall make a down payment in the amount of **$2,000.00**;

a). Beginning on September 1, 2019 and continuing through February 1, 2019, until the arrearages are cured, Debtor(s) shall pay the present regular monthly payment of **$964.54** on the mortgage (or as adjusted pursuant to the terms of the mortgage) on or before the first (1st) day of each month (with late charges being assessed after the 15th of the month), plus an installment payment of **$141.95 from September 2019 to January 2020 and $141.92 for February 2020** towards the arrearages on or before the last day of each month at the address below;

PNC MORTGAGE, A DIVISION OF PNC BANK NATIONAL ASSOCIATION
3232 NEWMARK DRIVE
MIAMISBURG, OH 45342

b). Maintenance of current monthly mortgage payments to the Movant thereafter.

3. Should debtor(s) provide sufficient proof of payments (front & back copies of cancelled checks and/or money orders) made, but not credited, Movant shall adjust the account accordingly.

4. In the event the payments under Section 2 above are not tendered pursuant to the terms of this stipulation, the Movant shall notify Debtor(s) and Debtor's attorney of the default in writing and the Debtors may cure said default within FIFTEEN (15) days of the date of said notice. If Debtor(s) should fail to cure the default within fifteen (15) days, the Movant may file a Certification of Default with the Court and the Court shall enter an Order granting the Movant relief from the automatic stay.

5. The stay provided by Bankruptcy Rule 4001(a)(3) is waived.

6. If the case is converted to Chapter 7, the Movant shall file a Certification of Default with the court and the court shall enter an order granting the Movant relief from the automatic stay.

7. If the instant bankruptcy is terminated by either dismissal or discharge, this agreement shall be null and void, and is not binding upon the parties.

8. The provisions of this stipulation do not constitute a waiver by the Movant of its right to seek reimbursement of any amounts not included in this stipulation, including fees and costs, due under the terms of the mortgage and applicable law.

9. The parties agree that a facsimile signature shall be considered an original signature.

Date: August 14, 2019

By: /s/ Kevin G. McDonald, Esquire
Attorney for Movant

Date: 8/28/19

David B. Spitofsky, Esquire
Attorney for Debtor    **NO OBJECTION**

Date: 8/30/19

William C. Miller, Esquire
Chapter 13 Trustee

Approved by the Court this 4th day of September, 2019. However, the court retains discretion regarding entry of any further order.

_____
Chief U.S. Bankruptcy Judge
Magdeline D. Coleman