# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

Chapter 13

Bankruptcy No. 15-13417-MDC

NOUREDDINE CHAKAR

7903 ARLINGTON AVENUE

UPPER DARBY, PA 19082-

Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

NOUREDDINE CHAKAR

7903 ARLINGTON AVENUE

UPPER DARBY, PA 19082-

Counsel for debtor(s), by electronic notice only.

DAVID B. SPITOFSKY ESQUIRE
LAW OFFICES OF DAVID SPITOFSKY
516 SWEDE ST
NORRISTOWN, PA 19401-

/S/ William C. Miller

Date: 2/7/2020    _____

William C. Miller, Esquire
Chapter 13 Standing Trustee