United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Case No. 15-13417-mdc
Noureddine Chakar  Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2  User: Antoinett  Page 1 of 1  Date Rcvd: Jul 16, 2020
    Form ID: 138NEW  Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 18, 2020.
```
db            +Noureddine Chakar,    7903 Arlington Avenue,    Upper Darby, PA 19082-2803
aty           +JOHN ERIC KISHBAUGH,    Udren Law Offices PC,    111 Woodcrest Road,    Cherry Hill, NJ 08003-3620
13528507      +David B. Spitofsky, Esquire,    Law Office of David B. Spitofsky,    516 Swede Street,
                Norristown, PA 19401-4807
13528511       Mark J. Udren, Esquire,    Woodcrest Corporate Center,    111 Woodcrest Rd., Suite 200,
                Cherry Hill, NJ 08003-3620
13970633      +PNC Bank, National Association,    c/o JOHN ERIC KISHBAUGH,    Udren Law Offices PC,
                111 Woodcrest Road,    Cherry Hill, NJ 08003-3620
13610405      +PNC Bank, National Association,    c/o Kevin G. McDonald, Esquire,    KML Law Group, P.C.,
                701 Market Street, Suite 5000,    Phila., PA 19106-1541
13528513      +PNC Mortgage,    3232 Newmark Drive,    Miamisburg, OH 45342-5433
13611108      +Upper Darby Township,    c/o James D. Smith, Finance Director,    100 Garrett Road,
                Upper Darby, PA 19082-3135
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: megan.harper@phila.gov Jul 17 2020 04:34:00      City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA 19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 17 2020 04:33:34
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA 17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 17 2020 04:33:56      U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13528509      +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Jul 17 2020 04:33:47      Frederic J. Baker, Esquire,
                Office of U.S. Trustee,    833 Chestnut Street, Suite 500,    Philadelphia, PA 19107-4405
13528510       E-mail/Text: sbse.cio.bnc.mail@irs.gov Jul 17 2020 04:33:24      Internal Revenue Service,
                P.O. Box 7346,    Philadelphia, PA 19101-7346
13528512      +E-mail/Text: bankruptcydpt@mcmcg.com Jul 17 2020 04:33:46      Midland Funding, LLC,
                8875 Aero Drive,    Suite 200,    San Diego, CA 92123-2255
13528514       E-mail/Text: bankruptcy@uscbcorporation.com Jul 17 2020 04:33:20      USCB Corporation,
                P.O. Box 75,    Archbald, PA 18403
                                                                                              TOTAL: 7

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13528508*     +Noureddine Chakar,    7903 Arlington Avenue,    Upper Darby, PA 19082-2803
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 18, 2020      Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 16, 2020 at the address(es) listed below:
```
              DAVID B. SPITOFSKY    on behalf of Debtor Noureddine  Chakar spitofskybk@verizon.net,
               spitofskylaw@verizon.net
              KEVIN G. MCDONALD    on behalf of Creditor    PNC BANK NATIONAL   ASSOCIATION bkgroup@kmllawgroup.com
              SHERRI J. SMITH    on behalf of Creditor    PNC Bank, National Association
               sherri.braunstein@phelanhallinan.com, pa.bkecf@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                              TOTAL: 6
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Noureddine Chakar
        Debtor(s)                                      Bankruptcy No: 15−13417−mdc
                                                                          Chapter: 13

---

### *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1.  The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1 328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

                                900 Market Street
                                    Suite 400
                                Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                                          For The Court
                                                                Timothy B. McGrath
                                                                  Clerk of Court

Dated: 7/16/20

                                                                                                           75 − 73
                                                                                              Form 138_new